RECEIVED

FEB 23 2017

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| Anthony Marzett Robinson | Civil Action No. 6:16-CV-0787 |
| versus | Judge Rebecca F. Doherty |
| Candy Fleet | Magistrate Judge Carol B. Whitehurst |

## JUDGMENT

This matter was referred to United States Magistrate Judge Carol B. Whitehurst for report and recommendation. After an independent review of the record, and noting the absence of any objections, this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own. Accordingly,

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, consistent with the report and recommendation, Defendant Candy Fleet's Motion to Dismiss Complaint (Doc. 7) is GRANTED and that this action is DISMISSED WITHOUT PREJUDICE.

**THUS DONE AND SIGNED,** in chambers, in Lafayette, Louisiana, on this 23rd day of February, 2017.

_____
REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE